EXHIBIT AF TO JABIL INC.'S SUMF
PROVISIONALLY FILED UNDER SEAL