# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JABIL, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO.  1:19-CV-02260-LMM |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that judgment be entered in favor of the Plaintiff, Jabil, Inc., entitling them to damages in the amounts of $2,128,992.91 for the cost of the Materials in Jabil's inventory; $192,225.00 in total for the 55 credited Power Modules—not to be counted twice with the damages assessed in the Summary Judgment Order [98]; and Prejudgment interest at a rate of 9% per annum, accruing from January 1, 2017 for the Materials and from October 1, 2014 for the Power Modules; and that this action be and the same hereby is **DISMISSED.**

Dated at Atlanta, Georgia, this 13th day of September, 2023.

                                                    KEVIN P. WEIMER
                                                    CLERK OF COURT
                                    By: _____s/J. Arnold_____
                                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 13, 2023
Kevin P. Weimer
Clerk of Court
By: _____s/J. Arnold_____
        Deputy Clerk